■ GILDA STREIT et al., Appellants, v STATE OF NEW YORK, Respondent.—In a claim to recover damages for wrongful death, the claimant appeals from a judgment of Court of Claims (Silverman, J.), dated November 9, 1987, which, after a nonjury trial, dismissed the claim for failure to make out a prima facie case.

Ordered that the judgment is affirmed, without costs or disbursements.

Upon a review of the record, we agree with Judge Silver-

man of the Court of Claims that the claimants failed to make out a prima facie showing of negligence against the State *(see generally, Wragge v Lizza Asphalt Constr. Co.,* 17 NY2d 313; *Noseworthy v City of New York,* 298 NY 76). Thus, the claim was properly dismissed. Thompson, J. P., Bracken, Kunzeman and Spatt, JJ., concur.